Vera Davidson, Administratrix of Estate of Scott Davidson, Jr., Deceased, Appellant, v. A. A. Sprague and Britton I. Budd, Appellees.

Gen. No. 40,620.   (Abstract of Decision.)

Heard in third division, first district, at February term, 1939; original opinion filed December 13, 1939; rehearing opinion filed April 10, 1940. Walter F. Boye and Henry J. Hughes, for appellant, Gardner, Foote, Morrow & Merrick, for appellees; Walter Opinion by JUSTICE HEBEL. "Not to be published in full."

Gerold Moving and Warehouse Company, Appellee, v. Potomac Insurance Company of District of Columbia, Appellant.

(Abstract of Decision.)

Heard in this court at October term, 1939; opinion filed March 9, 1940. Kramer, Campbell, Costello & Wiechert, for appellant; Wheeler, Oehmke & Dunham, for appellee. Opinion by PRESIDING JUSTICE STONE. "Not to be published in full."